# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHEN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Products Liability Litigation** | ) ) ) ) ) ) ) ) | **MDL No. 1699**<br><br>**District Judge: Charles R. Breyer**<br>**Magistrate:** |
| **DELORES KIEFFER-MOSELEY,** individually, | ) ) | Case No. 3:07cv00489 CRB |
| Plaintiff, | ) ) ) | **ORDER OF DISMISSAL** |
| v. | ) ) ) ) | |
| **PFIZER, INC., et al.,** | ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this __17th__ day of ____May_____, 2007, in San Francisco, California.



CHARLES R. BREYER
United States District Judge

Judge Charles R. Breyer

IT IS SO ORDERED

Page 1 of 1